**KATJE LAW GROUP, APC**
September J. Katje, Esq., State Bar No. 227896
Email: sk@katjelawgroup.com
155 N. Riverview Drive
Anaheim, CA 92808
Phone: (714) 400-2970 || Fax: (714) 400-2962

Attorney for Plaintiff, Manuel Martinez

SEYFARTH SHAW LLP
Ryan R. Tikker (SBN 312860)
Email: rtikker@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067
Telephone: (310) 277-7200 Facsimile:  (310) 201-5219

Attorney for Defendants
United Healthcare Services, Inc. and Ameritas Holding Company

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL MARTINEZ, an individual<br><br>Plaintiff,<br><br>vs.<br><br>UNITED HEALTHCARE SERVICES, INC.; AMERITAS HOLDING COMPANY; and DOES 1 through 20, inclusive<br><br>Defendants. | Case No. 3:25-cv-03299-LLS-KSC<br><br>**PARTIES JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE** |

1

## I.    INTRODUCTION

Plaintiff MANUEL MARTINEZ ("Plaintiff") and Defendants UNITED HEALTHCARE SERVICES, INC. and AMERITAS HOLDING COMPANY (collectively "Defendants") (collectively the "Parties"), by and through their undersigned counsel, respectfully submit this Joint Motion to Continue the Early Neutral Evaluation Conference ("ENE") and the Case Management Conference (CMC) currently scheduled for June 15, 2026. Plaintiff's counsel had a trial conflict on that date, and in the discussion to try to find alternate available dates Defendant Ameritas' client representative was scheduled for deposition on that date, and all parties have agreed to continue the ENE and CMC to one of three mutually available alternative dates: June 17, 2026, June 18, 2026, or July 28, 2026. The brief continuance will not prejudice either party or delay resolution of this matter. For the reasons set forth below, the Court should grant this motion and reschedule the ENE and CMC accordingly. Alternatively, Defendants respectfully request that Defendant Ameritas be excused from appearing via video.

## II.    BACKGROUND

On May 1, 2026, Defendants filed their Answer to the Second Amended Complaint. On May 4, 2026, this Court issued an order requiring the parties to participate in an ENE scheduled for June 15, 2026, which, if not settled, will be followed by a CMC. Plaintiff's counsel previously had a trial scheduled for June 15, 2026, the same date as the ENE and CMC. Plaintiff's counsel attempted to obtain a continuance of the trial but was unsuccessful. As a result, Plaintiff's counsel contacted Defendants' counsel in an attempt to discuss alternate dates for the ENE.  Since Defendants were under the impression that the ENE would be rescheduled, Defendant Ameritas' client representative had a deposition scheduled for June 15, 2026, and now is uncertain whether she will be able to attend the ENE on time due to this conflict.

Defendants' counsel has agreed to continue the ENE/CMC. The parties have identified June 17, 2026, June 18, 2026, and July 28, 2026 as dates on which both

1

**PARTIES JOINT MOTION TO CONTINUE EARLY NEUTRAL
EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE**

counsel and the Parties can appear. The parties have cooperated in identifying these alternatives and agree that the brief postponement will not prejudice either party or result in undue delay.

### III.    ARGUMENT

The Court possesses clear authority under Federal Rule of Civil Procedure 16 to continue the ENE/CMC. The applicable standard for such modification is good cause, which is satisfied here by the conflict with Plaintiff's counsel and one of the Defendants. All parties consent to the continuance, eliminating any concern about prejudice or dilatory tactics. The parties have identified three reasonable alternative dates that accommodate the scheduling conflict while maintaining timely case progression. The brief postponement—ranging from two days to one month—will not delay resolution of this matter. The motion demonstrates the parties' cooperation and responsiveness to the Court's administrative needs.

### A.    THE COURT HAS AUTHORITY TO CONTINUE THE ENE/CMC

The Court possesses clear authority to modify the scheduling of court-ordered proceedings, including ENE/CMC. Federal Rule of Civil Procedure 16 vests district courts with broad authority to manage the progression of civil cases and to control the scheduling of pretrial conferences and other proceedings. This authority extends to alternative dispute resolution proceedings, such as ENE/CMC's, that are ordered as part of the Court's case management function.

Federal Rule of Civil Procedure 7 requires that requests for court orders be presented by motion. The motion must state with particularity the grounds for seeking the order and the relief sought. This Joint Motion complies with these requirements by identifying the grounds for the requested continuance and specifying the proposed alternative dates.

### B.    Good Cause Exists for the Continuance

Courts apply a good cause standard to continuance motions. The circumstances here satisfy the good cause standard. Both Plaintiff's counsel and one of the

**PARTIES JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE**

Defendants face a conflict scheduled for June 15, 2026. June 15, 2026 was a date that was unilaterally set by the court and a date that Plaintiff's counsel was unavailable. This irreconcilable conflict prevents meaningful participation in the ENE/CMC as currently scheduled.

Plaintiff's counsel demonstrated diligence by first attempting to obtain a continuance of the trial. Only after that effort proved unsuccessful did counsel seek to continue the ENE/CMC. Thereafter, during the discussion regarding continuance, Defendant was under the impression that the ENE was continued based upon Plaintiff Counsel's request to continue, and agreed to schedule a deposition for the same date. This sequence shows that the parties acted reasonably and promptly to address the conflict, rather than waiting until the last moment. Alternatively, Defendants respectfully request that Defendant Ameritas be excused from appearing via video.

### C.    All Parties Consent to the Continuance

Defendants consent to this continuance. When all parties agree to continuance, courts are generally inclined to grant the motion because consent eliminates concerns about prejudice, dilatory tactics, or strategic maneuvering by one party. The joint nature of this request demonstrates cooperation and a shared commitment to resolving the scheduling conflict efficiently.

The consent of all parties also confirms that neither party will be prejudiced by the brief postponement. The proposed alternative dates—June 17, 2026, June 18, 2026, and July 28, 2026, represent reasonable alternatives that accommodate the scheduling conflict while maintaining timely case progression.

### D.    Continuance Promotes Effective ADR and Efficient Case Management

The ENE/CMC process depends on the meaningful participation of counsel who can be fully present and prepared. If counsel is obligated to be in trial on the ENE date, her ability to participate meaningfully in the evaluation process is necessarily

/ / /

**PARTIES JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE**

compromised. Continuing the ENE/CMC to a date when counsel can be fully present serves the interests of justice and promotes the effectiveness of the ADR process.

The Parties are committed to resolving this scheduling matter efficiently. The proposed continuance represents a brief postponement—ranging from two days to approximately one month—not a substantial delay in the litigation. This limited duration, combined with the parties' joint request, demonstrates that granting this motion will facilitate the ADR process without imposing undue burden on the Court or causing undue delay.

### E. CONCLUSION

For the foregoing reasons, Plaintiff and Defendants respectfully request that this Court grant this Joint Motion to continue the ENE/CMC. Alternatively, Defendants respectfully request that Defendant Ameritas be excused from appearing via video.

Respectfully submitted,

**KATJE LAW GROUP, APC**

DATED:  June 11, 2026

By:  /s/ September J. Katje, Esq.
Attorney for Plaintiff
September J. Katje, Esq.
Attorney for Plaintiff, Manuel Martinez

DATED:  June 11, 2026

**SEYFARTH SHAW LLP**

By: /s/ Ryan R. Tikker, Esq.
Ryan R. Tikker, Esq.
Attorneys for Defendants
UNITED HEALTHCARE SERVICES, INC. and AMERITAS HOLDING COMPANY

**PARTIES JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE**

**DECLARATION OF SEPTEMBER J. KATJE, ESQ.**

I, September J. Katje, Esq., declare and state as follows:

1.     I am an attorney at law, duly licensed to practice before the United States District Court for the Southern District of California. I am the attorney of record for Plaintiff MANUEL MARTINEZ ("Plaintiff").

2.     I have personal knowledge of each fact stated herein, and I make this declaration regarding the Joint Motion for Continuance, the Early Neutral Evaluation Conference ("ENE"), and the Case Management Conference ("CMC").

3.     I had a civil trial scheduled to begin on June 15, 2026.

4.     In the discussion to try to find alternate available dates Counsel for Defendant Ameritas' advised that Ameritas' representative was scheduled for deposition on that date.

5.     The ENE is currently also set for June 15, 2026.

6.     I have conferred with counsel for Defendants, UNITED HEALTHCARE SERVICES, INC., and AMERITAS HOLDING COMPANY (collectively "Defendants"), and have agreed to excuse the video appearance of Ameritas on June 15, 2026 or continue the ENE/CMC.

7.     Both counsel and Parties are available to participate in the ENE/CMC on June 17, 2026, June 18, 2026, or July 28, 2026.

8.     The brief postponement of the ENE/CMC will not prejudice either party.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed in Anaheim, California, on June 11, 2026.

___/s/ September J. Katje, Esq._____
September J. Katje, Esq, Declarant

1

DECLARATION OF SEPTEMBER J. KATJE, ESQ.

## <u>DECLARATION OF RYAN R. TIKKER, ESQ.</u>

I, Ryan R. Tikker, Esq., declare and state as follows:

1.       I am an attorney at law, duly licensed to practice before the United States District Court for the Southern District of California. I am the attorney of record for Defendants UNITED HEALTHCARE SERVICES, INC. and AMERITAS HOLDING COMPANY (collectively "Defendants").

2.       I have personal knowledge of each fact stated herein, and I make this declaration regarding the Joint Motion for Continuance, the Early Neutral Evaluation Conference ("ENE"), and the Case Management Conference ("CMC").

3.       I have conferred with counsel for Plaintiff MANUEL MARTINEZ ("Plaintiff")  and have agreed to continue the ENE/CMC to an alternate date.

4.       Plaintiff's counsel attempted to obtain a continuance of the trial, but was unsuccessful, until this morning. As a result, Plaintiff's counsel contacted me in an attempt to discuss alternate dates for the ENE.  Since Defendants were under the impression that the ENE would be rescheduled, Defendant Ameritas' client representative had a deposition scheduled for June 15, 2026, and now is uncertain whether she will be able to attend the ENE on time due to this conflict.

5.       Both counsel and Parties are available to participate in the ENE/CMC on June 17, 2026, June 18, 2026, or July 28, 2026.

6.       The brief postponement of the ENE/CMC will not prejudice either party.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed in Anaheim, California, on June 11, 2026.

___/s/ Ryan R. Tikker, Esq._____
Ryan R. Tikker, Esq, Declarant

1

DECLARATION OF RYAN R. TIKKER, ESQ.